Clerk, Crim. Ct. App.
Austin, Texas

4-29-15

Douglas Rivera
id 293686
Jefferson County Jail
5030 Hwy 69 S
Beaumont, TX 77705

Ref: Copy of Records, update on Habeas Corpus

Dear Clerk:

I'm seeking to obtain an update + copies of my record or the record including Habeas record currently submitted before this Court.

I am indigent without financial resources if there is any application to be fill out in order to prove indigency, please send.

My information is as follows:
TDCJ # 1760730, date of conviction 11-28-11, 252nd Dist. Ct; Jefferson County.

Trial Case No.
100-8540, 100-8541, 100-8542, 100-8543, 100-8891

Ninth Ct. of Appeals Case No:
09-11-00676-CR, 09-11-00677-CR, 09-11-678-CR, 09-11-00679-CR, 09-11-00680-CR

Court of Criminal Appeals PDR No:
PD-0197-13, PD-0198-13, PD-0199-13, PD-0200-13, PD-0201-13

Your help + promptness in this matter will be greatly appreciated.

Sincerely Yours,

Douglas Rivera

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 08 2015

Abel Acosta, Clerk